7 WEST 137TH STREET CORP., Appellant, v. ALBERT H. ATTERBURY, Individually and as Trustee under the Will of MORGAN G. COLT, Deceased, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK, Respondent, v. LEO GOLDBERG, Appellant.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

KATHARINE NICHOLSON, Appellant, v. " CHARLES " J. SPRIGGS, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

LOUIS LEVINE, Respondent, v. BENJAMIN SCHNEIDERMAN et al., Doing Business as SCHNEIDERMAN BROS., Appellants.— Order unanimously modified by reinstating item 5-a of the demand for a bill of particulars and as so modified affirmed, without costs. The bill of particulars to be served within ten days after service of order with notice of entry thereof. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of SAMUEL COHEN, Appellant, for an Order Directing Arbitration as Provided in a Written Contract Entered into between Appellant, 2243 WASHINGTON AVENUE CORPORATION and LOUIS MICHEL, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ. [183 Misc. 1034.] [See post, p. 690.]

In the Matter of the Application of FEUER TRANSPORTATION, INC., Respondent, for an Order Restraining Arbitration by LOCAL UNION No. 445, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA, Appellant, before the Arbitration Tribunal of ·the American Arbitration Association.— Order entered October 5, 1944, so far as appealed from unanimously modified by eliminating the provisions which direct arbitration to proceed under the contract of 1940–42, before the arbitrator selected by the court, and as so modified, affirmed. Appeal from order entered October 20, 1944, dismissed. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

CORNELIA O. SKINNER et al., Appellants, v. PARAMOUNT PICTURES, INC., Respondent.— Order unanimously affirmed, without costs. In accordance with stipulation judgment is directed to be entered in favor of defendant dismissing the complaint, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ. [See post, p. 690.]

MARY C. CROCETTI, Appellant, v. RENATO LEONARDI et al., Respondents.— Appeal from order entered October 14, 1944, unanimously dismissed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MARY C. CROCETTI, Appellant, v. RENATO LEONARDI et al., Respondents.— The affidavits present questions which, under the circumstances of the present case, should be decided in the light of all the facts which may be developed at the trial. Order entered November 22, 1944, unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See post, p. 737.]

CATHERINE MURPHY v. MOLLIE LIFSCHITZ et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellants' filing the undertaking prescribed by section 593 of the Civil Practice Act. Present — Martin, P. J., ·Townley, Glennon, Untermyer and Dore, JJ. [See 268 App. Div. 1027.]